**Eric J. SNYDER, Appellant,**

v.

**Charles E. NULL and Shirley L. Null, Respondent.**

**No. ED 99975.**

Missouri Court of Appeals, Eastern District, Division One.

May 27, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 7, 2014.

Gregory D. Vescovo, St. Louis, MO, for appellant.

Eric J. Snyder, St. Charles, MO, for respondent.

Before ROY L. RICHTER, P.J., CLIFFORD H. AHRENS, J., and GLENN A. NORTON, J.

*ORDER*

PER CURIAM.

Eric Snyder appeals from the judgment of the trial court entered after a bench trial that ordered Charles and Shirley Null ("Nulls") to sell real property subject to lien of \$38,129.52 owing to Snyder.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).